UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LOURDES CALDERON, | ) | CASE NO. CV13-2895-SVW (PJWx) |
| Plaintiff, | ) | ORDER REMOVING CASE FROM ACTIVE CASELOAD |
| v. | ) | |
| TARGET CORPORATION, | ) | |
| Defendant. | ) | |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown within 30 days, to reopen this action if settlement is not consummated.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: 8/21/13

_____
STEPHEN V. WILSON
United States District Judge