1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  LOURDES CALDERON,                )      CASE NO. CV13-2895-SVW (PJWx)

12          Plaintiff,               )      ORDER REMOVING CASE FROM
                                     )      ACTIVE CASELOAD
13          v.                        )

14  TARGET CORPORATION,               )

15          Defendant.                )

16

17          The Court having been advised by the parties that the above-entitled action has

18  been settled;

19          IT IS THEREFORE ORDERED that this case is removed from this Court's

20  active caseload without prejudice to the right, upon good cause shown within 30 days,

21  to reopen this action if settlement is not consummated.

22          This Court retains jurisdiction over this action and this Order shall not prejudice

23  any party to this action.

24

25

26  Dated: 8/21/13          _____

27                          STEPHEN V. WILSON
                            United States District Judge

28